IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHERRY HIGGINS**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 4:20-CV-01043 LPR-JTK**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINSTRATION**                                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome T. Kearney. No objections have been filed and the time for doing so has expired. After a careful and *de novo* review of the Recommended Disposition and of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment is entered for the Defendant.

DATED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE