IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHERRY HIGGINS**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 4:20-CV-01043 LPR-JTK**

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINSTRATION**                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE